Judgment in a Civil Case (02/11)

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Rebecca Rabin, | ) |
| Plaintiff, | ) |
| vs. | ) Case Number: 17-3148 |
| Capital One Bank (USA), N.A. | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL CASE

☐ **JURY VERDICT**.   This action came before the Court for a trial by jury.   The issues have been tried and the jury has rendered its verdict.

☒ **DECISION BY THE COURT**.   This action came before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that on 4/9/18 the Parties filed a Joint Stipulation for Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).   This case is DISMISSED WITH PREJUDICE, without an award of fees, expenses, or costs to any party.   THIS CASE IS CLOSED.-----------------

Dated: 04/09/2018

s/ Kenneth A. Wells
Kenneth A. Wells
Clerk, U.S. District Court

Approved:   s/ Sue E. Myerscough
Sue E. Myerscough
U.S. District Judge